```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-02472-RNO
Brian E. Smeltz                                                     Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi           Page 1 of 2              Date Rcvd: Oct 16, 2017
                             Form ID: ntcnfhrg         Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Brian E. Smeltz,    18 School Street,    Millerstown, PA 17062-9505
4945533        +AutoZone Inc,    PO BOX 10 DEPT 9003,    MEMPHIS, TN 38101-0010
4933356        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4958007        +Earl Richard Etzweiler, Esquire,    105 N. Front Street,    Suite 100,
                 Harrisburg, PA 17101-1436
4933357        +Estate of Dale Hoover,    565 Bowman Street,    Millersburg, PA 17061-1106
4938210        +Heather S. Riloff, Esquire,    Martha E. Von Rosensteil, P.C.,    649 South Avenue,
                 Secane, PA 19018-3541
4933360        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4933362         PA Department of Revenue,    2 Revenue Place,    Harrisburg, Pennsylvania 17129-0002
4933363        +SETERUS INC,    14523 SW MILLIKAN WAY,    SUITE 200,    BEAVERTON, OR 97005-2352
4933364        +SLS,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
4958009        +Shirley A. Hoover,    c/o Etzweiler and Associates,    Suite 100,    105 N. Front Street,
                 Harrisburg, PA 17101-1436
4933365        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4933366         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4973039        +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4933359         E-mail/Text: cio.bncmail@irs.gov Oct 16 2017 19:06:42       Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, Pennsylvania 19114-0326
4933361         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2017 19:06:50       PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4945955        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2017 19:06:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4933367        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 16 2017 19:06:55       United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4933368*       +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4933369*       +Estate of Dale Hoover,    565 Bowman Street,    Millersburg, PA 17061-1106
4933371*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
                 P.O. Box 21126,    Philadelphia, Pennsylvania 19114-0326)
4933358*        Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4933370*        Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4933372*       +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4933373*        PA Department of Revenue,    Department 280946, Attn: Bankruptcy Divi,
                 Harrisburg, Pennsylvania 17128-0946
4933374*        PA Department of Revenue,    2 Revenue Place,    Harrisburg, Pennsylvania 17129-0002
4933375*       +SETERUS INC,    14523 SW MILLIKAN WAY,    SUITE 200,    BEAVERTON, OR 97005-2352
4933376*       +SLS,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
4933377*       +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4933378*        United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4933379*       +United States Trustee,    228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                   TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
        James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society Et Al... bkgroup@kmllawgroup.com
        John Matthew Hyams   on behalf of Debtor 1 Brian E. Smeltz jmh@johnhyamslaw.com, mii@johnhyamslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                        TOTAL: 6

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian E. Smeltz
Debtor(s)

Chapter 13

Case No. 1:17−bk−02472−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **November 15, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 29, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 16, 2017 |