# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| BRIAN E. SMELTZ, | : CASE NO. 17-02472 RNO |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| | : OBJECTION TO PLAN |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : November 29, 2017 @ 10:00 A.M. |
| | : |
| BRIAN E. SMELTZ, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 31 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on October 31, 2017, by:

**17-02472 RNO Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Charles J. DeHart, III at TWecf@pamd13trustee.com, dehartsaff@pamd13trustee.com

John M. Hyams at jmh@johnhyamslaw.com, mii@johnhyamslaw.com

Heather S. Riloff at heather@mvrlaw.com, Michelle@mvrlaw.com

James Warmbrodt at bkgroup@kmllawgroup.com

**17-02472 RNO Notice will not be electronically mailed to:**

EXECUTED ON: October 31, 2017

                                    Respectfully submitted by,

By:    /s/ Jim Peavler
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        Dept. 281061
        Harrisburg, PA 17128-1061
        PA I.D. 320663
        Phone: 717-787-2747
        Facsimile: 717-772-1459
        jpeavler@pa.gov