# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian E. Smeltz | CASE NO: 1:17-bk-02472 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 11/28/2017, I did cause a copy of the following documents, described below,

1st Amended Plan,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/28/2017

/s/ John M. Hyams
John M. Hyams  87327PA
The Law Offices of John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA  17055
717 766 5300
mii@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian E. Smeltz

CASE NO: 1:17-bk-02472

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/28/2017, a copy of the following documents, described below,

1st Amended Plan,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/28/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
The Law Offices of John M. Hyams
John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA 17055

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-02472-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE NOV 28 14-29-22 EST 2017

2 AUTOZONE INC
PO BOX 10 DEPT 9003
MEMPHIS TN 38101-0010

3 BUREAU OF EMPLOYER TAX OPER
PO BOX 68568
HARRISBURG PENNSYLVANIA 17106-8568

4 ESTATE OF DALE HOOVER
565 BOWMAN STREET
MILLERSBURG PA 17061-1106

5 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PENNSYLVANIA 19101-7346

6 OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERR
HARRISBURG PENNSYLVANIA 17120-0001

7 PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

8 SETERUS INC
14523 SW MILLIKAN WAY
SUITE 200
BEAVERTON OR 97005-2352

9 US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLING STATION
WASHINGTON DISTRICT OF COLUMBIA 20044-0227

10 UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PENNSYLVANIA 17108-1754

11 WILMINGTON SAVINGS FUND SOCIETYFSB
TRUSTEE
CO SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH COLORADO 80129-2386

ELECTRONIC NOTICE:
1:17-bk-02472-RNO

James Warmbrodt
701 Market Street, Suite 5000
Philadelphia, PA 19106

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Jim Peavler
10th Floor, Strawberry Square
Harrisburg, PA 17128

Heather Stacey Riloff
649 South Avenue, Unit 7
Secane, PA 19018

United States Trustee
228 Walnut Street, Room 1190
Harrisburg, Pennsylvania 17101-1722