**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CHAPTER:  13 |
| Brian E. Smeltz | ) | |
| | ) | |
| | ) | CASE NUMBER:  17-02472 RNO |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 12, 2018,  I served a copy of the Notice of Motion to Approve Loan  Modification and Notice of Motion on the following parties in this matter:

| *Name and Address* | |
|---|---|
| **Brian E. Smeltz**<br>**18 School Street**<br>**Millerstown, PA  17062**<br>**VIA U.S. REGULAR MAIL** | |
| **Attorney for Debtor(s)**<br>**John Matthew Hyams, Esquire**<br>**555 Gettysburg Pike Suite C-402**<br>**Mechanicsburg, PA  17055**<br>**VIA ECF** | |
| **Charles J. DeHart, III, Trustee**<br>**8125 Adams Drive #A**<br>**Hummelstown, PA 17038**<br>**VIA ECF** | |
| **Commonwealth of PA UCTS**<br>**Department of Labor and Industry**<br>**Collections Support Unit**<br>**651 Boas Street, Room 702**<br>**Harrisburg, PA  17121 – 0751**<br>**VIA U.S. REGULAR MAIL** | **AutoZone, Inc.**<br>**Post Office Box 10**<br>**Dept.  9003**<br>**Memphis, TN  38101-0010**<br>**VIA U.S. REGULAR MAIL** |
| **Dauphin County Tax Claim Bureau**<br>**Post Office Box 1295**<br>**Harrsiburg, PA  17108-1295**<br>**VIA U.S. REGULAR MAIL** | **Bureau of Employer Tax Oper**<br>**Post Office Box 65868**<br>**Harrisburg, PA  17106-8568**<br>**VIA U.S. REGULAR MAIL** |
| **Earl Richard Etzweiler, Esquire**<br>**105 N. Front Street**<br>**Suite 100**<br>**Harrisburg, PA  17101-1436**<br>**VIA U.S. REGULAR MAIL** | **Estate of Dale Hoover**<br>**565 Bowman Street**<br>**Millersburg, PA  17061-1106**<br>**VIA U.S. REGULAR MAIL** |

| | |
|---|---|
| **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**VIA U.S. REGULAR MAIL** | **Internal Revenue Service**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**VIA U.S. REGULAR MAIL** |
| **Office of Attorney General**<br>**Financial Enforcement Section, Strawberry**<br>**Harrisburg, PA 17120-0001**<br>**VIA U.S. REGULAR MAIL** | **PA Department of Revenue**<br>**2 Revenue Place**<br>**Harrisburg, PA 17129-0002**<br>**VIA U.S. REGULAR MAIL** |
| **PA Department of Revenue**<br>**Department 280946**<br>**Attn: Bankruptcy Division**<br>**Harrisburg, PA 17128-0946**<br>**VIA U.S. REGULAR MAIL** | **Jim Peavler**<br>**10th Floor, Strawberry Square**<br>**Harrisburg, PA 17128-0001**<br>**VIA U.S. REGULAR MAIL** |
| **Pennsylvania Deparent of Revenue**<br>**Bankruptcy Division, P.O. Box 280946**<br>**Harrisburg, PA 17128-0946**<br>**VIA U.S. REGULAR MAIL** | **Seterus, Inc.**<br>**14523 SW Millikan Way, Suite 200**<br>**Beaverton, OR 97005-2352**<br>**VIA U.S. REGULAR MAIL** |
| **SLS**<br>**8742 Lucen Boulevard**<br>**Suite 300**<br>**Highlands Ranch, CO 80129-2386**<br>**VIA U.S. REGULAR MAIL** | **Shirley A. Hoover**<br>**c/o Etzweiler and Associates**<br>**Suite 100**<br>**105 N. Front Street**<br>**Harrisburg, PA 17101-1436**<br>**VIA U.S. REGULAR MAIL** |
| **U.S. Department of Justice**<br>**Post Office Box 227, Ben Franklin Station**<br>**Washington, DC 20044-0227**<br>**VIA U.S. REGULAR MAIL** | **United States Attorney**<br>**Post Office Box 1175**<br>**Harrisburg, PA 17108-1754**<br>**VIA U.S. REGULAR MAIL** |
| **United States Trustee**<br>**228 Walnut Street, Suite 1190**<br>**Harrisburg, PA 17101-1722**<br>**VIA U.S. REGULAR MAIL** | **James Warmbrodt**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106-1541**<br>**VIA U.S. REGULAR MAIL** |
| **Wilmington Savings Fund Society, FSB Trustee**<br>**c/o Specialized Loan Servicing LLC**<br>**8742 Lucent Blvd, Suite 300**<br>**Highlands Ranch, CO 80129-2386**<br>**VIA U.S. REGULAR MAIL** | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2018

Name: /s/Heather S. Riloff, Esquire
Address: 649 South Avenue, Unit #6
              Secane, PA 19018