```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 17-02472-RNO
Brian E. Smeltz                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: KADavis    Page 1 of 1    Date Rcvd: Sep 25, 2018
                      Form ID: pdf010   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db           +Brian E. Smeltz,   18 School Street,   Millerstown, PA 17062-9505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
           Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
            Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
           James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
            Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
            Grantor Trust bkgroup@kmllawgroup.com
           James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society Et Al...
            bkgroup@kmllawgroup.com
           Jim   Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
            RA-occbankruptcy6@state.pa.us
           John Matthew Hyams    on behalf of Debtor 1 Brian E. Smeltz  jmh@johnhyamslaw.com,
            acb@johnhyamslaw.com,eah@johnhyamslaw.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                        TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Brian E. Smeltz | | Chapter: | 13 |
| | Debtor 1 | Case No: | 1:17-bk-02472-RNO |
| | | Document No.: | 44 |
| Charles J. DeHart, III, Trustee | | Nature of Proceeding: | Motion to Dismiss Case for Unconfirmable Plan |
| vs | Movant(s) | | |
| Brian E. Smeltz | | | |
| | Respondent(s) | | |

## ORDER SETTING HEARING

**IT IS ORDERED** that a hearing will be held on the above-referenced matter and upon any answer/objections thereto on:

**DATE:** October 3, 3018  **PLACE:** United States Bankruptcy Court
**TIME:** 10:00 am  **The Ronald Reagan Federal Building**
**Bankruptcy Courtroom (3rd Floor)**
**Third and Walnut Streets**
**Harrisburg, PA 17101**

Dated: September 25, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Initial requests for a continuance of hearing (L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

Order Setting Hearing w/without Parties - Revised 04/18