UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BRIAN E SMELTZ

CASE NO: 17-02472

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 10/1/2018, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice of 3rd Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2018

/s/ John M. Hyams
John M. Hyams  87327PA
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102
717 520 0300

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BRIAN E SMELTZ

CASE NO: 17-02472

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/1/2018, a copy of the following documents, described below,

3rd Amended Plan

Notice of 3rd Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-02472-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI SEP 28 15-47-26 EDT 2018

AUTOZONE INC
PO BOX 10 DEPT 9003
MEMPHIS TN 38101-0010

BUREAU OF EMPLOYER TAX OPER
PO BOX 68568
HARRISBURG PENNSYLVANIA 17106-8568

COMMONWEALTH OF PA UCTS
DEPARTMENT OF LABOR AND INDUSTRY
COLLECTIONS SUPPORT UNIT
651 BOAS STREET ROOM 702
HARRISBURG PA 17121-0751

DAUPHIN COUNTY TAX CLAIM BUREAU
P O BOX 1295
HARRISBURG PA 17108-1295

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EARL RICHARD ETZWEILER ESQUIRE
105 N FRONT STREET
SUITE 100
HARRISBURG PA 17101-1436

ESTATE OF DALE HOOVER
565 BOWMAN STREET
MILLERSBURG PA 17061-1106

HEATHER S RILOFF ESQUIRE
MARTHA E VON ROSENSTEIL PC
649 SOUTH AVENUE
SECANE PA 19018-3541

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PENNSYLVANIA 19101-7346

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERR
HARRISBURG PENNSYLVANIA 17120-0001

PA DEPARTMENT OF REVENUE
2 REVENUE PLACE
HARRISBURG PENNSYLVANIA 17129-0002

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTN BANKRUPTCY DIVI
HARRISBURG PENNSYLVANIA 17128-0946

JIM PEAVLER
10TH FLOOR STRAWBERRY SQUARE
HARRISBURG PA 17128-0001

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

HEATHER STACEY RILOFF
MARTHA E VON ROSENSTEIL PC
649 SOUTH AVENUE UNITE 7
SECANE PA 19018-3541

SETERUS INC
14523 SW MILLIKAN WAY
SUITE 200
BEAVERTON OR 97005-2352

SLS
8742 LUCENT BOULEVARD
SUITE 300
HIGHLANDS RANCH CO 80129-2386

SETERUS INC AS THE AUTHORIZED
SUBSERVICER
CO HEATHER S RILOFF ESQUIRE
MARTHA E VON ROSENSTEIL PC
649 SOUTH AVENUE
SECANE PA 19018-3541

SHIRLEY A HOOVER
CO ETZWEILER AND ASSOCIATES
SUITE 100
105 N FRONT STREET
HARRISBURG PA 17101-1436

~~EXCLUDE~~
~~BRIAN E SMELTZ~~
~~18 SCHOOL STREET~~
~~MILLERSTOWN PA 17062-9505~~

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLING STATION
WASHINGTON DISTRICT OF COLUMBIA 20044
-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PENNSYLVANIA 17108-1754

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET ROOM 1190~~
~~HARRISBURG PENNSYLVANIA 17101-1722~~

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

WILMINGTON SAVINGS FUND SOCIETYFSB
TRUSTEE
CO SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH COLORADO 80129-2386