UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: BRIAN E SMELTZ | CASE NO: 17-02472 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 10/26/2018, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/26/2018

/s/ John M. Hyams
John M. Hyams  87327PA
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102
717 520 0300

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BRIAN E SMELTZ | CASE NO: 17-02472 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 10/26/2018, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/26/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AUTOZONE INC | BUREAU OF EMPLOYER TAX OPER |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141 CASE 1-17-BK-02472-RNO MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG FRI OCT 26 13-05-56 EDT 2018 | PO BOX 10 DEPT 9003 MEMPHIS TN 38101-0010 | PO BOX 68568 HARRISBURG PENNSYLVANIA 17106-8568 |
| COMMONWEALTH OF PA UCTS DEPARTMENT OF LABOR AND INDUSTRY COLLECTIONS SUPPORT UNIT 651 BOAS STREET ROOM 702 HARRISBURG PA 17121-0751 | DAUPHIN COUNTY TAX CLAIM BUREAU P O BOX 1295 HARRISBURG PA 17108-1295 | CHARLES J DEHART III TRUSTEE 8125 ADAMS DRIVE SUITE A HUMMELSTOWN PA 17036-8625 |
| EARL RICHARD ETZWEILER ESQUIRE 105 N FRONT STREET SUITE 100 HARRISBURG PA 17101-1436 | ESTATE OF DALE HOOVER 565 BOWMAN STREET MILLERSBURG PA 17061-1106 | HEATHER S RILOFF ESQUIRE MARTHA E VON ROSENSTEIL PC 649 SOUTH AVENUE SECANE PA 19018-3541 |
| ~~EXCLUDE~~ ~~JOHN MATTHEW HYAMS~~ ~~LAW OFFICES OF JOHN M HYAMS~~ ~~2023 N 2ND ST~~ ~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PENNSYLVANIA 19101-7346 |
| OFFICE OF ATTORNEY GENERAL FINANCIAL ENFORCEMENT SECTION STRAWBERR HARRISBURG PENNSYLVANIA 17120-0001 | PA DEPARTMENT OF REVENUE 2 REVENUE PLACE HARRISBURG PENNSYLVANIA 17129-0002 | PA DEPARTMENT OF REVENUE DEPARTMENT 280946 ATTN BANKRUPTCY DIVI HARRISBURG PENNSYLVANIA 17128-0946 |
| JIM PEAVLER 10TH FLOOR STRAWBERRY SQUARE HARRISBURG PA 17128-0001 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 | HEATHER STACEY RILOFF MARTHA E VON ROSENSTIEL PC 649 SOUTH AVENUE UNITE 7 SECANE PA 19018-3541 |
| SETERUS INC 14523 SW MILLIKAN WAY SUITE 200 BEAVERTON OR 97005-2352 | SLS 8742 LUCENT BOULEVARD SUITE 300 HIGHLANDS RANCH CO 80129-2386 | SETERUS INC AS THE AUTHORIZED SUBSERVICER CO HEATHER S RILOFF ESQUIRE MARTHA E VON RONSENSTIEL PC 649 SOUTH AVENUE SECANE PA 19018-3541 |
| SHIRLEY A HOOVER CO ETZWEILER AND ASSOCIATES SUITE 100 105 N FRONT STREET HARRISBURG PA 17101-1436 | ~~EXCLUDE~~ ~~BRIAN E SMELTZ~~ ~~10 SCHOOL STREET~~ ~~MILLERSTOWN PA 17062-9505~~ | US DEPARTMENT OF JUSTICE PO BOX 227 BEN FRANKLING STATION WASHINGTON DISTRICT OF COLUMBIA 20044 -0227 |
| UNITED STATES ATTORNEY PO BOX 11754 HARRISBURG PENNSYLVANIA 17108-1754 | ~~EXCLUDE~~ ~~UNITED STATES TRUSTEE~~ ~~228 WALNUT STREET SUITE 1190~~ ~~HARRISBURG PA 17101-1722~~ | ~~EXCLUDE~~ ~~UNITED STATES TRUSTEE~~ ~~228 WALNUT STREET ROOM 1190~~ ~~HARRISBURG PENNSYLVANIA 17101-1722~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JAMES WARMBRODT                         WILMINGTON SAVINGS FUND SOCIETYFSB
701 MARKET STREET SUITE 5000            TRUSTEE
PHILADEPHIA PA 19106-1541               CO SPECIALIZED LOAN SERVICING LLC
                                        8742 LUCENT BLVD SUITE 300
                                        HIGHLANDS RANCH COLORADO 80129-2386
```